UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JARREAU ROBINSON,

Defendant.

24-CR-71-LJV-JJM
DECISION & ORDER

---

1.  On July 16, 2024, the defendant, Jarreau Robinson, pleaded guilty to count 1 of the information charging a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) (illegal transfer of machineguns). See Docket Item 33.

2.  On July 16, 2024, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 28.

3.  This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4.  This Court has carefully reviewed de novo Judge McCarthy's Report & Recommendation (Docket Item 28), the government's calculation of maximum sentence and sentencing guidelines range (Docket Item 33), the information (Docket Item 26), a transcript of the plea proceeding (Docket Item 32), and the applicable law. This Court finds no legal or factual error in Judge McCarthy's Report & Recommendation and therefore adopts Judge McCarthy's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's July 16, 2024 Report & Recommendation, Docket Item 28, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Jarreau Robinson is now adjudged guilty of count 1 of the information under Title 18, United States Code, Sections 922(o) and 924(a)(2).

SO ORDERED.

Dated:   August 21, 2024
         Buffalo, New York

                                           LAWRENCE J. VILARDO
                                           UNITED STATES DISTRICT JUDGE